UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BDB (XXX-XX-7582)    CIVIL ACTION NO. 09-cv-0644

VERSUS    JUDGE FOOTE

US COMMISSIONER SOCIAL    MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **reversed** pursuant to the fourth sentence of 42 U.S.C. § 405(g) and that this case is **remanded** for further proceedings consistent with the court's decision.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 14th day of September, 2010.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE